SD/FL PACTS No. 113484

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.  1:12-20750-CR-MORENO-1

UNITED STATES OF AMERICA,

      Plaintiff

vs.

ROGELIO RODRIGUEZ,

      Defendant

_____/

ORDER VACATING
SUPERVISED RELEASE PETITION

**THIS MATTER** is before the Court pertaining to a violation of Supervised Release filed by the United States Probation Office on September 10, 2018, and signed by the Court on September 14, 2018.  The Court being duly advised in the premises and after due consideration, it is

**ORDERED AND ADJUDGED** that the *Petition For Warrant For Offender Under Supervision*, signed on September 14, 2018, be and the same is hereby **VACATED**, set aside and of no further force and effect.

**DONE AND ORDERED** in the Chambers at Miami, Miami-Dade County, Florida, this 6 day of November, 2018.

_____
The Honorable Federico A. Moreno
United States District Judge
Miami, Florida

Copies furnished:
U.S. Marshal Service
AUSA
Defense
United States Probation