UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-20750-MORENO

UNITED STATES OF AMERICA

vs.

ROGELIO RODRIGUEZ,

        **Defendant.**

_____/

## GOVERNMENT'S MOTION FOR A RULE 35 REDUCTION

The United States moves to reduce the sentence of Defendant Rogelio Rodriguez ("Rodriguez") pursuant to Rule 35 of the Federal Rules of Criminal Procedure:

1. On October 2, 2012, the defendant was charged by indictment with conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, conspiracy to pay health care kickbacks, in violation of 18 U.S.C. § 371, and five substantive counts of payment of kickbacks in connection with a federal health care benefit program, in violation of 42 U.S.C. § 1320a-7b(b)(2)(A).

2. On December 19, 2012, Rodriguez pled guilty to one count of conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349.

3. On February 28, 2013, the Court sentenced the defendant to 108 months of imprisonment, followed by three years of supervised release.

4. On October 20, 2014, the Court reduced the defendant's term of imprisonment from 108 months to 54 months.

1

5. The defendant has served his term of imprisonment, and his period of supervised release is scheduled to terminate on September 1, 2019.

6. The defendant has provided the Government with substantial assistance. Specifically, in the week of February 19, 2019, defendant testified on behalf of the government in *United States v. Yamilet Diaz*, 18-cr-20473-COOKE/COHN. After a four day trial, Diaz was convicted of all counts against her. Her sentencing is scheduled for May 9, 2019.

7. As a result of this assistance, the Government recommends that defendant's period of supervised release be terminated immediately (equating to a reduction of approximately four months).

8. The Government has consulted with counsel for the defendant, and, if the Court approves this motion, the parties agree that immediate termination of his period of supervised release is appropriate.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:   /s/ Timothy P. Loper
      Timothy P. Loper
      United States Department of Justice
      Fraud Section, Criminal Division
      12020 Miramar Parkway
      Miramar, FL 33025
      Tel: (202) 262-6276
      Email: timothy.loper@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 3, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ Timothy P. Loper
Timothy P. Loper
United States Department of Justice
Fraud Section, Criminal Division
12020 Miramar Parkway
Miramar, FL 33025
Tel: (202) 262-6276
Email: timothy.loper@usdoj.gov